UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ATHENA AG, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED NUTRIENTS US LLC, <br><br> Defendant. | Case No.: 2:24-cv-01239-RSM <br><br> STIPULATED DISMISSAL AND CONSENT JUDGMENT |

a. Plaintiff, Athena AG, Inc., ("Athena") brought this action asserting claims against Defendant Advanced Nutrients US, LLC, ("Advanced Nutrients") for (i) trademark infringement in violation of 15 U.S.C. § 1114; (ii) unfair competition in violation of 15 U.S.C. § 1125(a)(1)(A); (iii) false advertising in violation of 15 U.S.C. § 1125(a)(1)(B); (iv) unfair or deceptive acts in violation of the Washington Consumer Protection Act, RCW 19.86.010 et seq.; and (v) unjust enrichment. Plaintiff sought injunctive relief, damages, attorneys' fees, costs, and interest. On September 17, 2025, the Court entered an Order re: Motions for Summary Judgment, denying Athena's Motion for Partial Summary Judgment and granting in part and denying in part Advanced Nutrients' Motion for Summary Judgment. Dkt. #91.

b.      On September 22, 2025, the parties filed a Notice of Settlement, advising the Court that the parties had reached a confidential settlement agreement resolving all issues and claims. Dkt. #92.

c.      The parties have executed a confidential settlement agreement and mutual release of claims (the "Settlement Agreement") and pursuant to that Settlement Agreement stipulate to the entry of this Stipulated Dismissal, Consent Judgment, and Order (the "Order") to resolve all matters in dispute in this action.

**THEREFORE, IT IS STIPULATED AND AGREED** by the parties that:

1.      This Court has jurisdiction over the subject matter and parties in this action.

2.      Venue is proper in this Court.

3.      Advanced Nutrients is permanently enjoined from using, in any advertisement, promotion, or consumer-facing publication, the following registered marks:

a.      The Athena Design Mark, U.S. Reg. No. 7,008,021;

b.      The ATHENA word mark, U.S. Reg. No. 5,962,049;

c.      The FADE word mark, U.S. Reg. No. 7,340,888; and

d.      The CORE word mark, U.S. Reg. No. 6,751,588.

Nothing herein shall prevent Advanced Nutrients from referencing in advertising, promotional materials, or media the company Athena or any of its products by name to compare products and only when reasonably necessary to identify Athena's product(s).

4.      By consent of the Parties, this Court shall retain jurisdiction to resolve any disputes concerning this Order or the terms of the Settlement Agreement.

5.      Except as provided in Paragraph 4 above, this action is to be dismissed with prejudice, and without costs or fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**APPROVED and AGREED TO** this _____ day of _____, 2025:

| ATHENA AG, INC. | ADVANCED NUTRIENTS US LLC |
|---|---|
| By:_____ | By:_____ |
| Printed Name: | Printed Name: |
| Its: | Its: |

Presented by:

HILLIS CLARK MARTIN & PETERSON

*/s/*_____
Alexander M. Wu (WSBA #40649)
999 Third Avenue, Suite 4600
Seattle, WA 98104
Telephone: (206) 623-1745
alex.wu@hcmp.com


HUNTON ANDREWS KURTH LLP

*/s/*_____
Douglas M. Garrou (WSBA #20979)

*/s/*_____
John Gary Maynard, III (*pro hac vice*)
Riverfront Plaza - East Tower, Suite 200
951 East Byrd Street
Richmond, VA 23219-4074
Telephone: (804) 788-8772
dgarrou@hunton.com
jgmaynard@hunton.com

Attorneys for Plaintiff Athena AG, Inc.

STOKES LAWRENCE, P.S.

*/s/*_____
Justo G. González (WSBA #39127)

*/s/*_____
Theresa H. Wang (WSBA #39784)

*/s/*_____
Valerie A. Walker (WSBA #52584)
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 626-6000
JGG@stokeslaw.com
Theresa.Wang@stokeslaw.com
Valerie.Walker@stokeslaw.com

Attorneys for Defendant Advanced Nutrients US, LLC

**ORDER**

This matter having come before the Court on the foregoing Stipulation by the Parties, IT IS SO ORDERED. This case is CLOSED.

Dated this 21st day of October, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE